B2030 (Form 2030) (12/15)
(as adapted for potential use for a flat fee agreement in a chapter 13 case under E.D. Tenn. LBR 2016-1(b))

# United States Bankruptcy Court
## Eastern District of Tennessee

In re **Michael Dulin**  
Debtor(s)

Case No. _____  
Chapter **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept a flat fee of                $ **0.00**
   Prior to the filing of this statement I have received                    $ **0.00**
   Balance Due                                                              $ **0.00**

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor     ■ Other (specify):   **$15,000.00 recieved on August 3, 2018**

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed, subject to the exceptions in paragraph 6, to render legal service to the debtor(s) for all aspects of the bankruptcy case, including:

   a. [Other provisions as needed]
   
      **All Bankruptcy matters including negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods; plan objections or adversary proceedings.**

      **Due to the extensive litigation that was filed prior to petition and the unique issues raised in this case, the debtor and counsel agreed that an hourly rate would be appropriate prepetition. The hourly rates agreed upon via written agreement were $200.00 /hr for attorney Ryan Jarrard, $150.00/hr for associates, and $70.00/hr for paralegal support staff. Prior to filing this Chapter 13 petition, $3,135.00 was paid to Quist, Fitzpatrick & Jarrard for attorney's fees, and $310 was paid for the filing fee. $11,555.00 remains in retainer. The fees paid regard services rendered in the state law litigation as well as preparing the bankruptcy petitions, schedules, Chapter 13 plan, and providing legal advice. An itemized invoice is available upon request.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   a. Any services, fees, and expenses in connection with an adversary proceeding under Fed. R. Bankr. P. 7001;

   b. Any services, fees, and expenses in connection with a contempt proceeding;

   c. Any services, fees, and expenses in connection with the employment of an expert witness; and

   d. Any services, fees, and expenses in connection with an appeal.

8. In the event that I provide services that fall within the preceding paragraph 6, I have agreed to be paid **200.00** (per hour), after court approval, based on a consideration of the benefit and necessity of such services to the debtor(s) and the other factors set forth in 11 U.S.C. § 330.

In re  **Michael Dulin**                                                                    Case No.  _____
                               Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
(Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **October  3, 2018** | **/s/ Ryan E. Jarrard** |
| *Date* | **Ryan E. Jarrard 024525** |
| | *Signature of Attorney* |
| | **Quist, Fitzpatrick & Jarrard, PLLC** |
| | **2121 First Tennessee Plaza** |
| | **800 South Gay Street** |
| | **Knoxville, TN 37929-9711** |
| | **(865) 524-1873   Fax: (865) 525-2440** |
| | **rej@qcflaw.com** |
| | *Name of law firm* |