**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

In Re:  
Michael Dulin   xxx–xx–1803

No:  3:18–bk–33056–SHB  
Chapter:  13

Debtor(s)

# ORDER

The debtor(s) having commenced a bankruptcy case under chapter 13 of the United States Bankruptcy Code, it is ORDERED as follows:

1. Within thirty (30) days from the filing of the petition on 10/3/18 the debtor(s) must begin making the proposed chapter 13 plan payments of $<u>789.09</u> per <u>month</u> to the chapter 13 trustee at the following address:

Gwendolyn M Kerney  
Chapter 13 Trustee  
P. O. Box 228  
Knoxville, TN 37901

Payments must be made by check or money order (no cash) and the debtor(s) must include the bankruptcy case number and their full names on each check or money order submitted to the trustee.

**2. Upon certification by the chapter 13 trustee that the debtor(s) have failed to commence plan payments within thirty (30) days of the filing of the petition, the court may dismiss this bankruptcy case without further notice or hearing. In addition, a debtors failure to attend the meeting of creditors may result in denial of confirmation of the chapter 13 plan and/or dismissal of this bankruptcy case at the confirmation hearing. Similarly, the debtor(s) failure to obtain confirmation of the chapter 13 plan may result in dismissal of this bankruptcy case at the confirmation hearing.**

3. The **debtor(s) must attend** the 11 U.S.C. § 341(a) meeting of creditors scheduled for

**02:00 PM  on 11/7/18 at**  
**Bankruptcy Meeting Room, 1st Floor, Howard H. Baker Jr. U.S. Courthouse, 800 Market Street, Knoxville, TN 37902**

4. The debtor(s) must bring to the meeting of creditors proof of property damage insurance (not liability insurance) on any car, truck, motorcycle, trailer, boat, or other kind of vehicle that is pledged to secure debt. The debtor(s) should also note that Rule 4002(b)(1) and (2) of the Rules of Bankruptcy Procedure requires that the debtor(s) bring personal identification and certain financial documents to the meeting of creditors.

The debtor(s) should note that 11 U.S.C. § 521(e)(2)(A) and Rule 4002(b)(3) and (4) of the Rules of Bankruptcy Procedure require the debtor(s) to provide to the trustee (and, if timely requested, to creditors) certain tax return documents. This obligation is subject to procedures for safeguarding the confidentiality of tax information established by the Director of the Administrative Office of the United States Courts, which procedures are available on the courts Web site, www.tneb.uscourts.gov. **Failure of the debtor(s) to timely comply with the requirements of 11 U.S.C. § 521(e)(2)(A) could lead to dismissal of the case under the provisions of 11 U.S.C. § 521(e)(2)(B).**

ENTER: 10/4/18



BY THE COURT

  /s/  Suzanne H. Bauknight       
UNITED STATES BANKRUPTCY JUDGE