IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

IN RE:    Michael Dulin    #18-33056-SHB
Chapter 13

OBJECTING PARTY:  **CHAPTER 13 TRUSTEE OBJECTION TO CONFIRMATION**

___ 1. Debtor(s) not eligible for chapter 13 relief.  11 U.S.C. § 109

_x__ 2. Plan not proposed in good faith.  11 U.S.C. § 1325(a)(3)

___ 3. Creditors receive less under the plan that they would receive in a chapter 7.
11 U.S.C. § 1325(a)(4)

_x__ 4. Plan does not provide for payment of all disposable income.  11 U.S.C. § 1325(b)

_x__ 5. The plan is not feasible.  11 U.S.C. § 1325(a)(6)

_x__ 6. Petition not filed in good faith.  11 U.S.C. §1325 (a)(7)

___ 7. Debtor(s) has failed to pay required domestic support obligations post-petition.
11U.S.C. §1325 (a)(8)

___ 8. Unsecured claims are improperly classified or plan unfairly discriminate as a class.
11 U.S.C. § 1322(b)(1)

___ 9. Plan improperly provides for lien avoidance.

___ 10. Collateral is undervalued or all collateral not listed.  11 U.S.C. § 1325(a)(5)(B)

___ 11. No interest provided on claim or interest rate is insufficient. 11 U.S.C. §1325(a)(5)(B)

___ 12. Lack of adequate protection, either in monthly payment on secured debt or absence of insurance. 11 U.S.C. §1325(a)(5)(B)

___ 13. The plan does not permit a deficiency claim.

___ 14. Security interest in principal residence is impermissibly modified, no mortgage arrearage listed, or mortgage default is not cured within a reasonable time. 11 U.S.C. §1322(b)(2)

___ 15. Plan does not provide for lien retention for a secured claim.  11 U.S.C. § 1325(a)(5)(B)

___ 16. Debtor(s) have unfiled federal income tax returns.  11 U.S.C. §1325 (a)(9).

___ 17. Debtor(s) have failed to provide Trustee with copies of federal income tax returns.

___ 18. Local Plan Form (3015-1) has been modified outside the parameters of Fed.R.Bankr. 9009.

_X_ 19. Trustee preserves any and all other applicable objections to confirmation.

_x__ 20. Other :exceeded the unsecured debt limit with claims filed_____

By signing this objection, I certify that I have given oral notice of this objection to the debtor(s) and their attorney at the meeting of creditors:

/s/ Gwendolyn M. Kerney
Gwendolyn M. Kerney, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN 37901
(865) 524-4995