*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **Michael Dulin**　　　　　　　　　　　　　　Case No. 3:18-bk-33056
    　　　　　　　　　　　　　　　　　　　　　　Chapter 7

    Debtor

### NOTICE OF AMENDMENT

    Pursuant to LR 1009-1(b), Debtor, by and through counsel, hereby states the following with respect to Document 64, Amended Schedule E/F, and Form 106 Dec:

    1. The debtor has amended these documents to reflect updated claims received prior to his case converting to a Chapter 7.

    */s/ Ryan E. Jarrard*
    RYAN E. JARRARD
    Tennessee Bar No. 024525
    **QUIST, FITZPATRICK & JARRARD, PLLC**
    2121 First Tennessee Plaza
    800 South Gay Street
    Knoxville, TN 37929-9711
    (865) 524-1873 ext. 222
    (865) 525-2440 Facsimile
    rej@qcflaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of this **Notice**, **and Amended Schedules** has been served via the Court's ECF service and upon the following by placing a copy thereof, first class postage prepaid, in the U.S. Mail, via email or ECF this December 18, 2018

                */s/ Ryan E. Jarrard*
                RYAN E. JARRARD