**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TENNESSEE**
**KNOXVILLE**

| | |
|---|---|
| **IN RE:** | |
| **MICHAEL DULIN,** | **CASE NO. 3:18-BK-33056-SHB** |
| **Debtor.** | **Chapter 7** |

## MOTION FOR RULE 2004 EXAMINATION

Creditor ARTHUR RUTENBERG HOMES, INC. hereby moves the Court to order that the debtor, Michael Dulin, appear for an examination by Movant's counsel pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, beginning at 9:00 a.m. on January 22, 2019, at the offices of Lewis, Thomason, King, Krieg & Waldrop, P.C.  One  Centre  Square,  Fifth Floor,  620 Market Street Knoxville, Tennessee 37902.

/s/ M. Edward Owens, Jr.
M. Edward Owens, Jr. (BPR #007159)
Lewis, Thomason, King, Krieg & Waldrop, P.C.
One Centre Square, Fifth Floor
620 Market Street
Knoxville, Tennessee 37902
(865) 546-4646
eowens@lewisthomason.com

# CERTIFICATE OF SERVICE

     I hereby certify that on this the 10th day of January, 2019, a copy of the foregoing Motion for 2004 Examination was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system. The parties to be served electronically are as follows:

Ryan E. Jarrard
Quist, Fitzpatrick & Jarrard
2121 First Tennessee Plaza
Knoxville, TN 37929

John P. Newton, Jr, Trustee
Law Offices of Mayer & Newton
1111 Northshore Drive
Suite S-570
Knoxville, TN 37919

United States Trustee
800 Market Street, Suite 114
Howard H. Baker Jr. U.S. Courthouse
Knoxville, TN 37902

This the 10th day of January, 2019.

                                                    /s/ M. Edward Owens, Jr.
                                                  M. Edward Owens, Jr. (BPR #007159)