**SO ORDERED.**
**SIGNED this 11th day of January, 2019**

_/s/ Suzanne H. Bauknight_
**Suzanne H. Bauknight**
**UNITED STATES BANKRUPTCY JUDGE**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE

IN RE:
MICHAEL DULIN,                              CASE NO. 3:18-BK-33056-SHB
  Debtor.                                    Chapter 7

ORDER

Upon motion of Creditor ARTHUR RUTENBERG HOMES, INC., it is hereby ORDERED, that the debtor, Michael Dulin, shall appear for an examination by Movant's counsel pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, beginning at 9:00 a.m. on January 22, 2019, at the offices of Lewis, Thomason, King, Krieg & Waldrop, P.C. One Centre Square, Fifth Floor, 620 Market Street Knoxville, Tennessee 37902.

###

APPROVED BY:

/s/M. Edward Owens, Jr.
M. Edward Owens, Jr. (BPR #007159)
LEWIS, THOMASON, KING, KRIEG & WALDROP, P.C.
One Centre Square, Fifth Floor
620 Market Street
Post Office Box 2425
Knoxville, TN 37901
(865) 546-4646
eowens@lewisthomason.com